# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kevin Cox, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00307-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| J. Jenkins, Christian Crawford, | ) | |
| K. Turner, Hubert Corpening, | ) | |
| FNU Kalinowski, FNU Washburn, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2016 Order.

October 20, 2016

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court